**Michael Curtis REYNOLDS,
Petitioner-Appellant,**

v.

**Warden Timothy STEWART,
Respondent-Appellee.**

No. 16-7590

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 17, 2017

Michael Curtis Reynolds, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Curtis Reynolds, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Reynolds v. Stewart, No. 1:16-cv-03471-JKB (D. Md. Oct. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED